IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-084-CV





C. W. ALCORN, JR.,



 APPELLANT


vs.





AmWEST SAVINGS ASSOCIATION, FORMERLY KNOWN AS OLNEY


SAVINGS AND LOAN ASSOCIATION, FORMERLY KNOWN


AS NuOLNEY, AS ASSIGNEE OF THE FEDERAL SAVINGS


AND LOAN INSURANCE CORPORATION, RECEIVER


FOR SAN ANGELO SAVINGS ASSOCIATION,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT



NO. 486,710, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Dismissed on Appellant's Motion

Filed: June 1, 1994

Do Not Publish